

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAIN ILLARRAMENDI, | § | No. 08-14-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd Judicial District Court |
| | § | of El Paso County, Texas |
| ECHOSTAR, ECHOSPHERE, L.L.C., | | |
| ECHOSTAR TECHNOLOGIES L.L.C., | § | (TC# 2010-2007) |
| ECHOSTAR SATELLITE L.L.C. | | |
| N/K/A DISH NETWORK L.L.C., AND | § | |
| DISH NETWORK SERVICES L.L.C. | | |
| | § | |
| Appellees. | | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion filed by Appellant and Appellees to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).

October 22, 2014
YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge, sitting by assignment)